
FILED
IN COURT
ASHEVILLE, N.C.

AUG - 3 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO.: 1:16cr52-MR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CONSENT ORDER AND |
| v. ) | JUDGMENT OF FORFEITURE |
| ) | PENDING RULE 32.2(c)(2) |
| (3) PAUL RICHARD LUCAS ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 924 and/or 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- One Masterpiece Arms, Model Protector II, .380 cal. semi-automatic pistol, serial number X2267 and ammunition
- One New England Firearms 12 gauge shotgun, serial number 332460 and ammunition
- One Raven Arms .25 caliber semi-automatic pistol, serial number 1771442 and ammunition
- One Sturm Ruger & Company .22 cal. revolver, serial number 263-24536 and ammunition
- One New England Firearms, .223 cal. rifle with scope, serial number 245112 and ammunition
- One Stevens, Model 820, 12 gauge shotgun, serial number 131051K and ammunition
- One Ruger, Model 10/22, .22 cal. rifle with scope, serial number 23448036 and ammunition
- One Savage, Model 110, .270 cal. rifle with scope, serial number F298632 and ammunition
- One Stevens, Model 89, .22 cal. rifle, serial number E504166 and ammunition
- One F.I.E., Model 5B, 12 gauge shotgun, serial number 372422 and ammunition
- One Stevens, Model 62, .22 cal. rifle, serial number L304136 and ammunition
- One H&R, Model 922, .22 cal. revolver, serial number AMZ0824 and ammunition
- One Marlin, Model 25, .22 cal. rifle with scope, serial number 01306969 and ammunition
- One Mossberg, .410 gauge shotgun, serial number T279145 and ammunition
- One Browning, .279 rifle with scope, serial number 137PP17287 and ammunition
- One Stevens, Model 1915, .22 cal. rifle, serial number J201 and ammunition
- One Marlin, Model 25, .22 cal. rifle, serial number 98648523 and ammunition

- One Fab Nat D Armes, .22 cal. rifle, serial number 010016 and ammunition
- One Marlin, Model 336, .30-06 rifle, serial number AB3693 and ammunition
- One Winchester, Model 12, 12 gauge shotgun, serial number 1442857 and ammunition
- One Marlin, Model 60, .22 cal. rifle, serial number 162324090 and ammunition
- One Savage, Model 110, .270 cal. rifle with scope, serial number F707794 and ammunition
- One Savage, Model 116, 7mm magnum rifle with scope, serial number F357782 and ammunition
- One Remington, Model 522, .22 cal. rifle, serial number 3113257 and ammunition
- One Interarms, Model 22, .22 cal. rifle, serial number 303172 and ammunition
- One Winchester, Model 190, .22 cal. rifle, serial number B1537641 and ammunition
- One Springfield, Model D, .22 cal. rifle, with no identifiable serial number and ammunition
- One Remington, Model Nylon 12, .22 cal. rifle, serial number AJA7 and ammunition
- One Verney-Carron, Model Snake Charmer 2, .410 gauge single shot shotgun, serial number 8332 and ammunition
- One single shot shotgun with no identifiable manufacturer, model or serial number and ammunition
- One New England Firearms, .410 gauge shotgun, with obliterated serial number and ammunition
- One Ruger, Model Super Blackhawk, .44 magnum, revolver, serial number 8791684 and ammunition
- One Ruger, Model SP101, .357 magnum revolver, serial number 57131399 and ammunition
- One Heritage, Model Rough Rider, .22 cal. revolver, serial number H292522 and ammunition
- One Armi Elli Tanfoglio, Model TA, .22 cal. revolver, serial number 45658 and ammunition
- One Armi Elli Tanfoglio, Model E15, .22 cal. revolver, serial number 67896 and ammunition
- One Colt, Model Commando, .38 special revolver, serial number 9869 and ammunition
- One RG, Model RG14, .22 cal. revolver, serial number L629709 and ammunition
- One Hi Point, Model C9, 9mm semi-automatic pistol, serial number P1237803 and ammunition
- One Cobra, Model C22M, .22 cal. two shot pistol, serial number 001103 and ammunition
- One Hi Point, Model JHP, .45 cal. semi-automatic pistol, serial number 4143983 and ammunition
- One Phoenix Arms, Model HP22A, .22 cal. semi-automatic pistol, serial number 4328222 and ammunition
- One Remington, Model 870 Express, 12 gauge shotgun, serial number A183796M and ammunition
- One Stevens Arms Westpoint, Model 287N, .22 cal. rifle, with obliterated serial number and ammunition
- One F.I.E., Model SB, 12 gauge shotgun, serial number 373895 and ammunition

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of Defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 924 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

_____
THOMAS KENT
Assistant United States Attorney

_____
PAUL RICHARD LUCAS
Defendant

_____
FREDILYN SISON
Attorney for Defendant

Signed this the 3rd day of August, 2016

_____
HONORABLE DENNIS L. HOWELL
United States Magistrate Judge
Western District of North Carolina